**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-8090-PCT-PGR (MHB) |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| Benson James Holmes, | |
| Defendant. | |

On December 31, 2015, Defendant appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court in determining whether Defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that Defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court that will reasonably assure the appearance of Defendant as required. 18 U.S.C. § 3148(b).

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated this 31st day of December, 2015.

Honorable John Z. Boyle
United States Magistrate Judge